IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FRONTLINE PLACEMENT TECHNOLOGIES, INC.**, a Pennsylvania corporation,

      Plaintiff,

v.

**PMP WILLSUB, LLC**, a Michigan limited liability company; **PMP EDUCATION PARTNERS, INC.**; a Michigan corporation; **PROFESSIONAL MEDICAL PLACEMENT, INC.**, d/b/a **PMP CORPORATION**, a Michigan corporation; and **MILLENNIUM DATA SERVICES, INC.**, d/b/a **WILLSUB.COM**, a Michigan corporation,

      Defendants.

Case No.: 07-14872
HON. PAUL D. BORMAN
MAGISTRATE JUDGE VIRGINIA M. MORGAN

---

**JOHN D. MENGES** (P64228)
**RYAN S. BEWERSDORF** (P66411)
Attorneys for Plaintiff
FOLEY & LARDNER, LLP
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, Michigan  48226
☎(313) 234-7100

**WILLIAM H. HORTON** (P31567)
**SEAN M. WALSH** (P48724)
**ELIZABETH A. FAVARO** (P69610)
Attorneys for Defendants

GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
☎(248) 457-7000

---

# STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RE-EXAMINATION OF PATENT

---

At a session of Court held in Detroit, Michigan on:

<u>May 5, 2008</u>

PRESENT: <u>   HON. PAUL D. BORMAN</u>

U.S. District Court Judge

Upon the stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS ORDERED**, that this case is stayed pending the outcome of the United States Patent Office's re-examination of U.S. Patent No. 6,675,151, which is asserted by Plaintiff in this lawsuit, or until further order of the Court.

                                                s/Paul D. Borman  
                                                PAUL D. BORMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated:  May 5, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 5, 2008.

                                                s/Denise Goodine  
                                                Case Manager

**I STIPULATE TO ENTRY**  
**OF THE ABOVE ORDER:**

/s/Ryan S. Bewersdorf  
**JOHN D. MENGES** (P64228)  
**RYAN S. BEWERSDORF** (P66411)  
Attorneys for Plaintiff  
FOLEY & LARDNER, LLP  
One Detroit Center  
500 Woodward Avenue, Suite 2700  
Detroit, Michigan  48226  
☎(313) 234-7100

✉rbewersdorf@foley.com

/s/Elizabeth A. Favaro
**WILLIAM H. HORTON** (P31567)
**SEAN M. WALSH** (P48724)
**ELIZABETH A. FAVARO** (P69610)
Attorneys for Defendants
GIARMARCO, MULLINS & HORTON, P.C.
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan  48084-5280
☎(248) 457-7000
✉efavaro@gmhlaw.com

3