**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FRONTLINE PLACEMENT
TECHNOLOGIES, INC.,

       Plaintiff,

-vs-

PMP WILLSUB, LLC et al.,

       Defendants.
_____/

CASE NO: 07-14872

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

The court, having entered an Order Staying the Action on May 5, 2008 in the above-entitled cause of action, pending re-examination of U.S. Patent No. 6,675,151, and it further appearing to the court that such a stay will remain in effect for a substantial period of time; and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

IT IS ORDERED that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes. Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this Order had not been entered, and the Court will order that the matter be re-opened for statistical purposes.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: May 5, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 5, 2008.

                                                s/Denise Goodine
                                                Case Manager