UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **FRONTLINE PLACEMENT TECHNOLOGIES, INC.,** a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**PMP WILLSUB, LLC,** a Michigan Limited liability company; **PMP EDUCATION PARTNERS, INC.**, a Michigan corporation; **PROFESSIONAL MEDICAL PLACEMENT, INC., d/b/a PMP CORPORATION**, a Michigan corporation; **and MILLENIUM DATA SERVICES, INC., d/b/a WILLSUB.COM** a Michigan corporation,<br>    Defendants. | Case No. 2:07-cv-14872<br><br>HON. PAUL D. BORMAN<br><br>Magistrate Judge Virginia M. Morgan |
| **WEST EDUCATIONAL LEASING, INC.,** d/b/a **PCMI WEST** a Michigan Corporation,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>**FRONTLINE PLACEMENT TECHNOLOGIES, INC.** a Pennsylvania Corporation,<br>    Defendant/Counter-Plaintiff. | Case No. 2:10-cv-10804<br><br>HON. PAUL D. BORMAN<br><br>Magistrate Judge Virginia M. Morgan |

**STIPULATION AND ORDER TO STAY PROCEEDINGS**
**PENDING RE-EXAMINATION OF PATENT**

This Stipulation is entered into by and among the parties in Case No. 2:07-cv-14872 ("Frontline/PMP WillSub Action"), Plaintiff Frontline Placement Technologies, Inc. ("Frontline") and Defendants PMP WillSub, LLC, PMP Education Partners, Inc., Professional

Medical Placement, Inc. d/b/a PMP Corporation, and Millenium Data Services, Inc. d/b/a Willsub.com ("PMP WillSub"), and the parties in Case No.2:10-cv-10804 ("PCMI Action"), Plaintiff/Counter-Defendant West Educational Leasing, Inc. d/b/a/ PCMI West ("PCMI") and Defendant/Counter-Plaintiff Frontline, (collectively "Parties"), by and through their respective counsel;

WHEREAS, on April 21, 2011, PCMI filed a Request for Re-examination of U.S. Patent 7,430,519 in the United States Patent and Trademark Office;

WHEREAS, on April 26, 2011, PCMI filed a Motion to Stay and Memorandum in Support pending re-examination of the '519 Patent (Dkt. 38) ("Motion to Stay");

WHEREAS, on May 9, 2011, the Parties stipulated to an extension of the deadline for Frontline to respond to the Motion to Stay (Dkt. 39); and

WHEREAS, Frontline has agreed not to oppose the entry of a stay.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that:

1. PCMI's Motion to Stay is GRANTED as unopposed; and

2. The instant case is stayed pending the outcome of the United States Patent and Trademark Office's re-examination of U.S. Patent 7,430,519, which is asserted by Frontline in this lawsuit, or until further order of the Court.

| | |
|---|---|
| Date: June 2, 2011 | s/Ryan S. Bewersdorf |
| | Jason D. Menges (P64228) |
| | Ryan S. Bewersdorf (P66411) |
| | FOLEY & LARDNER, LLP |
| | Attorneys for Plaintiff in No. 2:07-cv-14872 |
| | One Detroit Center |
| | 500 Woodward Avenue, Suite 2700 |
| | Detroit, Michigan 48226 |
| | (313) 234-7100 – Telephone |
| | rbewersdorf@foley.com |

DETR_1680606.1

Date: <u>June 2, 2011</u>         s/Sean M. Walsh
William H. Horton (P31567)
Sean M. Walsh (P48724)
Elizabeth A. Favaro (P69610)
GIARMARCO, MULLINS & HORTON, P.C.
Attorneys for Defendants in No. 2:07-cv-14872
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
(248) 457-7000 – Telephone
efavaro@gmhlaw.com

Date: <u>June 2, 2011</u>         s/Toni L. Harris
Toni L. Harris (P63111)
FRASER TREBILCOCK DAVIS & DUNLAP
Attorneys for Plaintiff in No. 2:10-cv-10804
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
(517) 482-5800 – Telephone
tharris@fraserlawfirm.com

## ORDER

The above Stipulation, having been considered and good cause appearing therefor,

**IT IS SO ORDERED**.

S/Paul D. Borman

PAUL D. BORMAN

UNITED STATES DISTRICT JUDGE

Dated:  June 3, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 3, 2011.

S/Denise Goodine

Case Manager
