IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FRONTLINE PLACEMENT
TECHNOLOGIES, INC.,**
a Pennsylvania corporation,

    Plaintiff,

v.

    Case No.: 07-14872
    HON. PAUL D. BORMAN

liability company; **PMP EDUCATION
PARTNERS, INC.**; a Michigan corporation;
**PROFESSIONAL MEDICAL PLACEMENT,
INC.**, d/b/a **PMP CORPORATION**, a
Michigan corporation; and **MILLENNIUM
DATA SERVICES, INC.**, d/b/a **WILLSUB.COM**,
a Michigan corporation,

    Defendants.

---

**WEST EDUCATIONAL LEASING, INC.,
d/b/a PCMI WEST,** a Michigan Corporation

    Case No. 10-10804

    Plaintiff/Counter-Defendant,

v.

**FRONTLINE PLACEMENT
TECHNOLOGIES, INC.**
a Pennsylvania Corporation,

    Defendant/Counter-Plaintiff.

---

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this consolidated action, together with all

counterclaims, is voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41. Each party shall bear its own costs.

Dated: September 27, 2016

_____
William H. Horton (P31567)
Sean M. Walsh (P48724)
Elizabeth A. Favaro (P69610)
GIARMARCO, MULLINS & HORTON, P.C.
Attorneys for Defendants in No. 2:07-cv-14872
Tenth Floor Columbia Center
101 West Big Beaver Road
Troy, Michigan 48084-5280
(248) 457-7000
efavaro@gmhlaw.com

_____
Ryan S. Bewersdorf (P66411)
BEWERSDORF PLC
Attorneys for Plaintiff in No. 2:07-cv-14872 and
Defendant in 2:10-cv-10804
390 Park Street, Suite 222
Birmingham, MI 48009
Telephone: (248) 633-2882
ryan@bewersdorfplc.com

_____
Anita G. Fox (P47818)
FRASER TREBILCOCK DAVIS & DUNLAP
Attorneys for Plaintiff in No. 2:10-cv-10804
124 West Allegan Street, Suite 1000
Lansing, Michigan 48933
(517) 482-5800
afox@fraserlawfirm.com

So Ordered this 29th day of September, 2016.

_____
Hon. Paul D. Borman
United States District Judge